STATE of Missouri, Respondent,

v.

Michael L. WILLIAMS, Appellant.

Michael L. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48132, 49426.

Missouri Court of Appeals,
Western District.

June 6, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

Williams was jury convicted of two counts of forcible rape, three counts of armed criminal action, one count of kidnapping, and was sentenced as a prior and persistent offender. The direct and Rule 29.15 appeals are consolidated.

Judgment affirmed.   Rules 30.25(b) and 84.16(b).